UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-6, FATEMA DAHODWALA

    Defendant.

Case No. 17-cr-20274
Judge: Bernard A. Friedman

_____

## STIPULATION TO MODIFY BOND CONDITIONS

NOW COMES, Fatema Dahodwala, by and through her attorney, Brian M. Legghio, and the United States Government, through its attorney Sara Woodward, and said parties do stipulate that the bond conditions for Defendant Fatema Dahodwala be modified to permit her to drive from the State of Michigan to the State of Massachusetts and all states necessary to reach Massachusetts on the following dates:

> Defendant Fatema Dahodwala shall be permitted to leave the State of Michigan on Saturday, December 22, 2018 to travel to the State of Massachusetts and all states enroute and is required to return to the State of Michigan on or before Wednesday, January 2, 2019. Upon her return to the State of Michigan, Defendant Fatema Dahodwala is required to make contact with her Pretrial Services Officer and confirm that she

has returned to the State of Michigan on or before January 2, 2019.

All other bond conditions shall otherwise remain in full force and effect.

                                              Respectfully submitted,

DATED: December 12, 2018        s/ Brian M. Legghio
                                              BRIAN M. LEGGHIO
                                              Attorney for Fatema Dahodwala

DATED: December 12, 2018        s/Sara Woodward
                                              AUSA SARA WOODWARD

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-6, FATEMA DAHODWALA

    Defendant.

Case No. 17-cr-20274
Judge: Bernard A. Friedman

## ORDER TO MODIFY BOND CONDITIONS

The bond conditions of Fatema Dahodwala shall be modified to permit the following:

    Defendant Fatema Dahodwala shall be permitted to leave the State of Michigan on Saturday, December 22, 2018 to travel to the State of Massachusetts and all states enroute and is required to return to the State of Michigan on or before Wednesday, January 2, 2019. Upon her return to the State of Michigan, Defendant Fatema Dahodwala is required to make contact with her Pretrial Services Officer and confirm that she has returned to the State of Michigan on or before January 2, 2019.

All other bond conditions shall remain in full force and effect.

    IT IS SO ORDERED:

Dated: December 13, 2018
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE