UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-6, FATEMA DAHODWALA

    Defendant.

Case No. 17-cr-20274
Judge Bernard A. Friedman

_____

## STIPULATION TO MODIFY BOND CONDITIONS

NOW COMES, Fatema Dahodwala, by and through her attorney, Brian M. Legghio, and the United States Government, through its attorney Sara Woodward, and said parties do stipulate that the bond conditions for Defendant Fatema Dahodwala be modified to permit her to drive from the State of Michigan to the State of Illinois and all states necessary to reach Illinois and be permitted to drive from the State of Michigan to the State of Massachusetts and all states necessary to reach Massachusetts on the following dates:

> Defendant Fatema Dahodwala be permitted to leave the State of Michigan on Thursday, April 10, 2019 to travel to the State of Illinois and all States enroute and is to return to the State of Michigan on or before Monday, April 15, 2019.  Additionally, Defendant Fatema Dahodwala is be permitted to leave the State of Michigan on Thursday April 18, 2019 to travel to the State of Massachusetts and all States enroute and is to return to the State

of Michigan on for before Monday, April 22, 2019. Upon her return to the State of Michigan, Defendant Fatema Dahodwala is required to make contact with her Pretrial Services Officer and confirm that she has returned.

All other bond conditions shall otherwise remain in full force and effect.

                                                           Respectfully submitted,

DATED: April 8, 2019                s/ Brian M. Legghio
                                                           BRIAN M. LEGGHIO
                                                           Attorney for Fatema Dahodwala

DATED: April 8, 2019                s/Sara Woodward
                                                           Sara Woodward
                                                           Attorney for the United States

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                           Case No. 17-cr-20274
                                              Judge Bernard A. Friedman

v.

D-6, FATEMA DAHODWALA

    Defendant.

_____

## ORDER TO MODIFY BOND CONDITIONS

The bond conditions of Fatema Dahodwala shall be modified to permit the following:

> Defendant Fatema Dahodwala be permitted to leave the State of Michigan on Thursday, April 10, 2019 to travel to the State of Illinois and all States enroute and is to return to the State of Michigan on or before Monday, April 15, 2019. Additionally, Defendant Fatema Dahodwala is be permitted to leave the State of Michigan on Thursday April 18, 2019 to travel to the State of Massachusetts and all States enroute and is to return to the State of Michigan on for before Monday, April 22, 2019. Upon her return to the State of Michigan, Defendant Fatema Dahodwala is required to make contact with her Pretrial Services Officer and confirm that she has returned.

All other bond conditions shall remain in full force and effect.

IT IS ORDERED:

Dated: April 9, 2019  
      Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge