UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20274
Judge Bernard A. Friedman

v.

D-6, FATEMA DAHODWALA

    Defendant.

_____

### STIPULATION TO MODIFY BOND CONDITIONS

NOW COMES, Fatema Dahodwala, by and through her attorney, Brian M. Legghio, and the United States Government, through its attorney John Neal, and said parties do stipulate that the bond conditions for Defendant Fatema Dahodwala be modified to permit her to travel from the State of Michigan to the State of Massachusetts and all states necessary to reach Massachusetts on the following dates:

> Defendant Fatema Dahodwala be permitted to leave the State of Michigan on Friday, June 21, 2019 to travel to the State of Massachusetts and all States enroute and is to return to the State of Michigan on or before Sunday, June 23, 2019. Further, Ms. Dahodwala will be traveling by jet and will be accompanied by her two minor children; accordingly, the parties further stipulate that defendant Fatema Dahodwala may retrieve the passports of her minor children from the Pretrial Services Office on or after Wednesday, June 19, 2019. Upon her return to the State of Michigan, Defendant Fatema Dahodwala is required to make

contact with her Pretrial Services Officer and confirm that she has returned and is required to return the passports.

All other bond conditions shall otherwise remain in full force and effect.

                                        Respectfully submitted,

DATED: June 4, 2019                 s/ Brian M. Legghio
                                        BRIAN M. LEGGHIO
                                        Attorney for Fatema Dahodwala

DATED: June 4, 2019                 s/ John Neal
                                        John Neal
                                        Attorney for the United States

UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Case No. 17-cr-20274 Judge
                                            Bernard A. Friedman

v.

D-6, FATEMA DAHODWALA

    Defendant.

_____

ORDER TO MODIFY BOND CONDITIONS

The bond conditions of Fatema Dahodwala shall be modified to permit the following:

    Defendant Fatema Dahodwala be permitted to leave the State of Michigan on Friday, June 21, 2019 to travel to the State of Massachusetts and all States enroute and is to return to the State of Michigan on or before Sunday, June 23, 2019. Further, Ms. Dahodwala will be traveling by jet and will be accompanied by her two minor children; accordingly, the parties further stipulate that defendant Fatema Dahodwala may retrieve the passports of her minor children from the Pretrial Services Office on or after Wednesday, June 19, 2019. Upon her return to the State of Michigan, Defendant Fatema Dahodwala is required to make contact with her Pretrial Services Officer and confirm that she has returned and is required to return the passports.

All other bond conditions shall otherwise remain in full force and effect.

IT IS ORDERED:

Dated:  June 12, 2019
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge