UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff.                                                   Criminal No. 17-cr-20274
                                                              Hon. Bernard A. Friedman

v.

D-6, FATEMA DAHODWALA,

    Defendant.

---

**STIPULATION REGARDING PASSPORT OF
FATEMA DAHODWALA MINOR CHILDREN**

Fatema Dahodwala, by and through her attorney, Brian M. Legghio, and the United States Government, through its attorney Sara Woodward, stipulate to the following modification of Ms. Dahodwala's bond conditions:

> The Pretrial Services Agency shall release the U.S. Passports ("the Passports") of Ms. Dahodwala's two (2) minor children to undersigned counsel, Brian M. Legghio, for the purpose of enabling Ms. Dahodwala to renew their Passports. Upon completion of the renewal application Mr. Legghio will return the Passports to the Pretrial Services Agency.

                                                     Respectfully submitted,

DATED: July 8, 2019                 s/ Brian M. Legghio
                                                     BRIAN M. LEGGHIO
                                                     Attorney for Fatema Dahodwala

DATED: July 8, 2019                 s/Sara Woodward
                                                     AUSA SARA WOODWARD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff.                                                Criminal No. 17-cr-20274
                                                            Hon. Bernard A. Friedman

v.

D-6, FATEMA DAHODWALA,

    Defendant.

___

## ORDER REGARDING PASSPORTS OF
## FATEMA DAHODWALA MINOR CHILDREN

Fatema Dahodwala's bond conditions shall be modified as follows:

The Pretrial Services Agency shall release the U.S. Passports ("the Passports") of Ms. Dahodwala's two (2) minor children to undersigned counsel, Brian M. Legghio, for the purpose of enabling Ms. Dahodwala to renew their Passports. Upon completion of the renewal application Mr. Legghio will return the Passports to the Pretrial Services Agency.

All other bond conditions shall remain in full force and effect.

   IT IS SO ORDERED:

                                            s/Bernard A. Friedman_____
 Dated: July 11, 2019                      BERNARD A. FRIEDMAN
 Detroit, Michigan                       SENIOR U.S. DISTRICT JUDGE